






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00552-CR







The State of Texas, Appellant



v.



Pete Rodriguez, Appellee







FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT


NO. A-95-0276-S, HONORABLE DICK ALCALA, JUDGE PRESIDING







PER CURIAM



	The State of Texas appeals from an order of the trial court granting appellee's
motion to quash paragraphs in indictment.  The State has filed a motion to withdraw the appeal. 
No decision of this Court has been delivered.  The motion is granted and the appeal is dismissed. 
See Tex. R. App. P. 59(b).





Before Chief Justice Carroll, Justices Aboussie and Kidd


Appeal Dismissed on State's Motion


Filed:  May 15, 1996


Do Not Publish


